IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                                 **PLAINTIFF**

v.                        **Case No: 4:25-CV-901-JM**

**DREW MEMORIAL HOSPITAL**, *et al*.                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE